UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNIVERSAL AM-CAN, LTD.,

    Plaintiff,

v.                                    CASE NO.: 3:09cv292/MCR/EMT

ACCURATE WELDING
SERVICES, LLC,

    Defendant.
_____/

## O R D E R

This matter is before the court on plaintiff Universal Am-Can, LTD.'s Amended Motion for Entry of Default Judgment against defendant Accurate Welding Services, LLC. (Doc. 12). Upon consideration and based upon the affidavit of Michael W. Carr (doc. 20), plaintiff's amended motion for default judgment is GRANTED. Final judgment of default is entered against Accurate Welding Services, LLC, as follows:

    1.    The Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 1476, exclusively governs the freight loss and damage claim filed by Accurate Welding; and

    2.    The liability of Universal to Accurate Welding has been limited to ten cents per pound, and the maximum amount of damages recoverable by Accurate Welding from Universal on its claim is $4,200.00.

**DONE and ORDERED** this 14th day of June, 2010.


                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**